THE STATE OF OHIO, APPELLEE, *v.* HARRIS, APPELLANT.

[Cite as *State v. Harris,* 130 Ohio St.3d 362, 2011-Ohio-5783.]

*Discretionary appeal accepted and cause remanded to the court of appeals for application of* State v. Williams.

(No. 2011-1238—Submitted October 18, 2011—Decided November 15, 2011.)

APPEAL from the Court of Appeals for Hamilton County, No. C-100243.

————————————

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The cause is remanded to the court of appeals for application of *State v. Williams*, 129 Ohio St.3d 344, 2011-Ohio-3374, 952 N.E.2d 1108.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

O'DONNELL, J., dissents.

————————————

Joseph T. Deters, Hamilton County Prosecuting Attorney, and Paula Adams, Assistant Prosecuting Attorney, for appellee.

Joshua L. Goode, for appellant.

————————————